# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1843
Lower Tribunal No. 2021-DR-001254-FM01-XX

_____

MELANIE S. KERR,

Appellant,

v.

IRA M. MARLOWE,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Kyle Cohen, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and BROWNLEE, JJ., concur.


Michael M. Shemkus, of Long, Murphy & Zung, P.A., Naples, for Appellant.

Reuben A. Doupé, of Coleman, Taylor, Klaus, Doupé, Diaz & Torrez, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED